| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hoffman, Carl W. | 2. Court or Organization<br><br>District of Nevada | 3. Date of Report<br><br>12/26/2017 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>LLoyd George Federal Courthouse<br>333 Las Vegas Boulevard Rm 3014<br>Las Vegas, Nevada 89101 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee and Executor | Family Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 12/26/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Nevada Public Employee Retirement System | $55,711.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Clark County School District - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Nevada Bar Association (Annual Meeting) | 7/1-7/2, 2016 | Waikoloa, Hi | Litigation CLE (teach) | Transportation, Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 12/26/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Home Mortgage (Formerly America's Servicing Company, see VIII) | Mortgage, Property #1, Las Vegas, Nevada (VIIA, line 3) | M |
| 2. | Natioustar Mortgage Company | Mortgage, Property #2, Las Vegas, Nevada (rental)(VIIA, line 4) | M |
| 3. | First Community Bank | Mortgage, Property #3, Brunswick County, NC (VIIA, line 5) | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 12/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Cash Account | A | Interest | O | T | | | | | |
| 2. Silver State School Credit Union Cash Account | A | Interest | J | T | | | | | |
| 3. Property #1, Las Vegas, Nevada | A | Rent | M | W | | | | | |
| 4. Property #2, Las Vegas, Nevada | A | Rent | M | W | | | | | |
| 5. Property #3, Brunswick County, NC | | None | L | W | | | | | |
| 6. Property #4, Lafollette, TN | | None | K | W | | | | | |
| 7. Pimco All Assets All Authority | A | Int./Div. | J | T | | | | | |
| 8. Pimco Low Duration | A | Int./Div. | J | T | | | | | |
| 9. (H) VOYA (Mut Fund), (457 Plan)(5 funds) (H) | | | | | | | | | |
| 10. -Templeton Global Bond Fund | A | Int./Div. | K | T | | | | | |
| 11. - PIMCO VIT Real Return Portfolio | B | Int./Div. | K | T | | | | | |
| 12. - Voya Global Advantage | A | Int./Div. | J | T | | | | | |
| 13. - Voya Large Cap Value | B | Int./Div. | K | T | | | | | |
| 14. - Voya True Price Cap Appreciation | A | Int./Div. | K | T | | | | | |
| 15. (H) TIAA CREF (Mutual Fund)(457 Plan)(5 funds below)(H) | | | | | | | | | |
| 16. - CREF Stock | A | Int./Div. | J | T | | | | | |
| 17. - CREF Growth | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 12/26/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - CREF Bond Market | A | Int./Div. | J | T | | | | | |
| 19.  - CREF Global Equities | A | Int./Div. | J | T | | | | | |
| 20.  - CREF Equity Index | A | Int./Div. | J | T | | | | | |
| 21.  Fidelity Investments Freedom 2020 (Mutual Fund)(457 Plan) | C | Int./Div. | L | T | | | | | |
| 22.  (H) Zurich Preferred Plus (Mutual Fund) (403b Plan)(9 funds below)(H) | | | | | | | | | |
| 23.  -Templeton Developing Markets | A | Int./Div. | K | T | | | | | |
| 24.  - Alger Large Cap Growth Portfolio | A | Int./Div. | J | T | | | | | |
| 25.  - Fidelity VIP Growth | A | Int./Div. | K | T | | | | | |
| 26.  - DWS International | B | Int./Div. | K | T | | | | | |
| 27.  - Invesco V.I. Utilities | B | Int./Div. | K | T | | | | | |
| 28.  - Alger MidCap Portfolios | A | Int./Div. | K | T | | | | | |
| 29.  - DWS Cap Growth VA | A | Int./Div. | L | T | | | | | |
| 30.  - Invesco VI Global Real Estate | A | Int./Div. | L | T | | | | | |
| 31.  - Franklin Stragetic Inc | A | Int./Div. | K | T | | | | | |
| 32.  USAA Short Term Bonds (Mutual Funds) | A | Int./Div. | | | Closed | 03/21/16 | K | A | |
| 33.  USAA Tax Exempt Int-Term Fund (Mutual Fund) | A | Int./Div. | | | Closed | 03/21/16 | K | A | |
| 34.  USAA Exempt Long Term (Mutual Fund) | B | Int./Div. | L | T | Buy | 03/21/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 12/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Eagle Gold Fund Class C (Mutual Funds) | A | Int./Div. | J | T | | | | | |
| 36. T Rowe Price Blue Chip Growth (Mutual Fund) | A | Int./Div. | M | T | | | | | |
| 37. T Rowe Price International Discovery (Mutual Funds) | A | Int./Div. | K | T | | | | | |
| 38. T Rowe Price Capital Appreciation (Mutual Fund) | C | Int./Div. | M | T | | | | | |
| 39. T Rowe Price Retirement 2030 (Mutual Fund) | D | Int./Div. | M | T | | | | | |
| 40. T Rowe Price Retirement 2020 (Mutual Fund) | A | Int./Div. | K | T | Buy (add'l) | 01/26/16 | J | | |
| 41. | | | | | Buy (add'l) | 08/12/16 | J | | |
| 42. T Rowe Price CA Tax Free Bond | B | Int./Div. | M | T | Buy | 08/23/16 | L | | |
| 43. | | | | | Buy (add'l) | 09/23/16 | K | | |
| 44. (H) VALIC Funds (6 Mutual Funds below) (H) | | | | | | | | | |
| 45. - Short Term Fixed Fund | A | Int./Div. | J | T | | | | | |
| 46. - Capital Appreciation Fund | A | Int./Div. | J | T | | | | | |
| 47. - Large Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 48. - Mid Cap Index Fund | A | Int./Div. | J | T | | | | | |
| 49. - Science and Technology Fund | A | Int./Div. | J | T | | | | | |
| 50. - Asset Allocation Fund | A | Int./Div. | J | T | | | | | |
| 51. Lucia Capital Group IRA | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 12/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TIAA-CREF TRoePrice Ret 2040 (Mutual Fund)(457 Plan) | B | Int./Div. | K | T | | | | | |
| 53. Family Trust #1 (H) | | | | | | | | | |
| 54. Stiffel Mutual Fund Acct (12 Funds below) (H) | | | | | | | | | |
| 55. Duke Realty Corp New (X) | A | Int./Div. | | | Closed | 12/07/16 | J | A | |
| 56. Royal Bank of Scotland Rep Non Cuml Dollar PFD(X) | A | Int./Div. | | | Closed | 12/07/16 | K | | |
| 57. Capital Income Builder CL A (X) | A | Int./Div. | | | Closed | 12/07/16 | L | A | |
| 58. Franklin CA Ins Tax Free Income(X) | B | Int./Div. | | | Closed | 12/07/16 | M | | |
| 59. Franklin Income CL A(X) | B | Int./Div. | | | Closed | 12/07/16 | M | D | |
| 60. Investment Co of America (X) | B | Int./Div. | | | Closed | 12/07/16 | M | E | |
| 61. MFS CA Muni Bond (X) | B | Int./Div. | | | Closed | 12/07/16 | M | | |
| 62. Eaton Vance CA Muni Bond fund(X) | A | Int./Div. | | | Closed | 12/07/16 | J | | |
| 63. Nuveen CA AMT Free Mun Income Fund(X) | A | Int./Div. | | | Closed | 12/07/16 | K | | |
| 64. Nuveen CA Div Adv Muni Fund(X) | A | Int./Div. | | | Closed | 12/07/16 | K | | |
| 65. Nuveen CA Qual Muni Inc (X) | A | Int./Div. | | | Closed | 12/07/16 | K | | |
| 66. PIMCO CA Muni Income Fund II (X) | A | Int./Div. | | | Closed | 12/07/16 | J | | |
| 67. Morgan Stanley Fund Acct (2 Funds Below) (H) | | | | | | | | | |
| 68. Nuveen CA Muni Value FD(X) | B | Int./Div. | | | Closed | 12/07/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 12/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Franklin Income A(X) | A | Int./Div. | | | Closed | 12/07/16 | K | B | |
| 70. USAA Tax Exmpt CA Bond Fund(X) | D | Int./Div. | | | Closed | 12/13/16 | N | C | |
| 71. Dreyfus CA AMT Free Mni Bond FD Class Z (X) | C | Int./Div. | | | Closed | 09/09/16 | M | | |
| 72. Davidson and Co Fund Acct (10 Funds Below)(H) | | | | | | | | | |
| 73. Dreyfus CA AMT Free Muni Bond Class Z | B | Int./Div. | | | Buy | 09/09/16 | M | | |
| 74. | | | | | Closed | 12/07/16 | M | | |
| 75. East Bay CA Mud Wter Syst Fin(X) | A | Int./Div. | | | Closed | 12/07/16 | J | | |
| 76. San Fran CA Bay Area Rapid Tran Dist (X) | A | Int./Div. | | | Closed | 12/07/16 | K | | |
| 77. San Mateo Cnty CA B/E JT Pwr Fin Lse(X) | A | Int./Div. | | | Closed | 12/07/16 | J | | |
| 78. Western Muni Water Distr FAC Auth (X) | A | Int./Div. | | | Closed | 12/07/16 | J | | |
| 79. Santa Clara Cnty CA Fing Auth Lease Rev Proj (X) | A | Int./Div. | | | Closed | 12/07/16 | J | | |
| 80. Vista CA JT Pwrs Fing Auth Rev RFDG(X) | A | Int./Div. | | | Closed | 12/07/16 | K | | |
| 81. Independent Cities CA Fin Mobile HM Rev RFDG San Juan (X) | A | Int./Div. | | | Closed | 12/07/16 | K | | |
| 82. Pasadena CA Water REv AGM (X) | A | Int./Div. | | | Closed | 12/07/16 | J | | |
| 83. Turlock CA Pub Fing Auth Wter Rev (X) | A | Int./Div. | | | Closed | 12/07/16 | K | | |
| 84. First Union Bank Cash Account (X) | A | Int./Div. | | | Closed | 08/10/16 | N | | |
| 85. Vanguard Funds Acct: CA LT Tax Exempt Adm (X) | C | Int./Div. | | | Closed | 12/12/16 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 12/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pacific Life Variable Annuity Account (X) (1 fund listed below) | | | | | | | | | |
| 87. - Portfolio Optimization Growth | A | Int./Div. | | | Closed | 07/26/16 | M | | |
| 88. Midland Deferred Fixed Annuity Account (X) | A | Int./Div. | | | Closed | 07/22/16 | L | | |
| 89. Silver State Bank Roth IRA Cash Equivalent (X) See Part VIII | A | Int./Div. | J | T | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 12/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, Line 1, New Mortgage Servicer, changed from America's Servicing Company to Wells Fargo Home Mortgage

Line 88, Silver State Roth IRA is a newly listed entry, but was previously owned -- discovered while this report was being prepared, but inadvertantly omitted from previous report.

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 12/26/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carl W. Hoffman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544